February 25, 2026

SA-26-CV-1212-OLG

Petition #1 & Order #3

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3783 7480 63

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage

Mary F. Kruger
United States Attorney's Office
Chief, Civil Division
601 NW Loop 410, Suite 600
San Antonio, TX 78216

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3783 7480 70

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark Here

Warden
South Texas ICE Processing Center
566 Veterans Dr.
Pearsall, TX 78061

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions